UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Patrick McBride

Case No.: 17-21832
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __September 12, 2017__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
145 Schooner Avenue
Barnegat, New Jersey
Valued at $170,000.00

Liens on property:
Central Loan Administration, $174,165.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick James McBride  
    Debtor

Case No. 17-21832-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 16, 2017  
                          Form ID: pdf905    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.

```
db              +Patrick James McBride,    145 Schooner Avenue,    Barnegat, NJ 08005-1630
516873564       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516873563       +Amex,   c/o Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
516873562       +Amex,   c/o Jaffe & Asher LLP,    600 Third Avenue,    New York, NY 10016-1901
516873566      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516873565       +Bank Of America,    c/o Frederic Weinberg & Assoc.,    1200 Laurel Oak Road, Suite 104,
                  Voorhees, NJ 08043-4317
516873568        Capital One Bank,    PO Box 70884,    Charlotte, NC 28272-0884
516873571       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516873572       +Citi,   P. O. Box 6241,    Sioux Falls, SD 57117-6241
516873573       +Discover Financial,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516873576        M&T Credit Services,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                  Williamsville, NY 14221
516873579       +NJ Dept of Corrections,    1300 Stuyvesant Ave,,    Trenton, NJ 08618-3447
516873578       +New Century Financial,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516873577       +New Century Financial,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
                  Parsippany, NJ 07054-4609
516873580       +Ocean County Dept of Corrections,    120 Hooper Ave,    Toms River, NJ 08753-7606
516873581       +Office of the Public Defender,    State of New Jersey,    P. O. Box 650,    Trenton, NJ 08625-0650
516873582       +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516873584       +State of New Jersey,    Dept of Labor & Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
516873583       +State of New Jersey,    Office of the Public Defender,    P.O. Box 036,    Trenton, NJ 08625-0036
516873585       +State of New Jersey,    Administrative Office of The Courts - Pr,    Probation Services Division,
                  171 Jersey St,    Trenton, NJ 08611-2400
516873586       +Syncb/Care Credit/Midland,    c/o Pressler & Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516873587       +Synchrony Bank,    c/o Midland Funding,    Po Box 939069,    San Diego, CA 92193-9069
516873588       +Synchrony Bank / Care Credit,    c/o Pressler & Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516873590       +Vanguard Financial,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516873567       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:26:23      Capital One Bank,
                  c/o Portfolio Recovery Assoc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
516873569        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2017 23:20:26      Care Credit,    GE Money Bank,
                  P.O. Box 960061,    Orlando, FL 32896-0061
516873570       +E-mail/Text: kzoepfel@credit-control.com Aug 16 2017 23:18:00      Central Loan Admin & R,
                  425 Phillips Blvd,    Ewing, NJ 08618-1430
516873574       +E-mail/Text: mrdiscen@discover.com Aug 16 2017 23:17:15      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516873575       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 16 2017 23:17:22      Kohls/Capital One,
                  Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516875452       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2017 23:20:26      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516873589       +E-mail/Text: bankruptcy@td.com Aug 16 2017 23:18:01      TD Bank, N.A.,    Attn: Bankruptcy,
                  32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2017
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gregory L. Van Dyck    on behalf of Plaintiff   NJ Department of Labor  and  Workforce Development,
               Division of Unemployment and Disability Insurance Gregory.VanDyck@dol.lps.state.nj.us
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Patrick James McBride bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                             TOTAL: 6
```