Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−21832−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick James McBride
   145 Schooner Avenue
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−8451

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/19/17 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Filed by M&T Bank. Hearing scheduled for 9/19/2017 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 8/28/17

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-21832-KCF
Patrick James McBride                                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 28, 2017
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
db             +Patrick James McBride,   145 Schooner Avenue,   Barnegat, NJ 08005-1630
cr             +M&T Bank,   475 Crosspoint,   Getzville, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor and Workforce Development,
     Division of Unemployment and Disability Insurance Gregory.VanDyck@dol.lps.state.nj.us
    Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
     NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
    William H. Oliver, Jr.    on behalf of Debtor Patrick James McBride bkwoliver@aol.com,
     r59915@notify.bestcase.com
                                                                                                                                            TOTAL: 6