Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.:  17−21832−KCF
                       Chapter:  7
                       Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick James McBride
   145 Schooner Avenue
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−8451

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 20, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 13
Order Denying Motion For Reaffirmation Re: M&T Bank (Related Doc # 13). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/20/2017. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 20, 2017
JAN: ckk

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick James McBride  
    Debtor

Case No. 17-21832-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2017  
                 Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
cr            +M&T Bank,    475 Crosspoint,    Getzville, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor and Workforce Development,  
          Division of Unemployment and Disability Insurance Gregory.VanDyck@dol.lps.state.nj.us  
         Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Patrick James McBride bkwoliver@aol.com,  
          r59915@notify.bestcase.com  
                                                                                                TOTAL: 6