**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patrick James McBride <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8451 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21832–KCF | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick James McBride

9/22/17                                           **By the court:**   Kathryn C. Ferguson
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318          **Order of Discharge**                                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-21832-KCF
Patrick James McBride                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2              Date Rcvd: Sep 22, 2017
                              Form ID: 318            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
```
db          +Patrick James McBride,    145 Schooner Avenue,    Barnegat, NJ 08005-1630
aty         +Donald V Feeley,    39 Hilliards Bridge Road,    Southampton, NJ 08088-8803
cr          +M&T Bank,    475 Crosspoint,    Getzville, NY 14068-1609
516873563   +Amex,    c/o Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
516873565   +Bank Of America,    c/o Frederic Weinberg & Assoc.,    1200 Laurel Oak Road, Suite 104,
              Voorhees, NJ 08043-4317
516873573   +Discover Financial,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516873576    M&T Credit Services,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
              Williamsville, NY 14221
516873579   +NJ Dept of Corrections,    1300 Stuyvesant Ave,,    Trenton, NJ 08618-3447
516873578   +New Century Financial,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,
              Parsippany, NJ 07054-5020
516873577   +New Century Financial,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
              Parsippany, NJ 07054-4609
516873580   +Ocean County Dept of Corrections,    120 Hooper Ave,    Toms River, NJ 08753-7606
516873581   +Office of the Public Defender,    State of New Jersey,    P. O. Box 650,    Trenton, NJ 08625-0650
516873582   +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516873584   +State of New Jersey,    Dept of Labor & Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
516873583   +State of New Jersey,    Office of the Public Defender,    P.O. Box 036,    Trenton, NJ 08625-0036
516873585   +State of New Jersey,    Administrative Office of The Courts - Pr,    Probation Services Division,
              171 Jersey St,    Trenton, NJ 08611-2400
516873586   +Syncb/Care Credit/Midland,    c/o Pressler & Pressler,    7 Entin Road,
              Parsippany, NJ 07054-5020
516873588   +Synchrony Bank / Care Credit,    c/o Pressler & Pressler,    7 Entin Road,
              Parsippany, NJ 07054-5020
516873590   +Vanguard Financial,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516873564   +EDI: AMEREXPR.COM Sep 22 2017 22:28:00      Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
516873562   +EDI: AMEREXPR.COM Sep 22 2017 22:28:00      Amex,    c/o Jaffe & Asher LLP,    600 Third Avenue,
              New York, NY 10016-1901
516873566   +EDI: BANKAMER.COM Sep 22 2017 22:28:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
516873568    EDI: CAPITALONE.COM Sep 22 2017 22:28:00      Capital One Bank,    PO Box 70884,
              Charlotte, NC 28272-0884
516873567   +EDI: PRA.COM Sep 22 2017 22:28:00      Capital One Bank,    c/o Portfolio Recovery Assoc,
              P.O. Box 12914,    Norfolk, VA 23541-0914
516873569    EDI: RMSC.COM Sep 22 2017 22:28:00      Care Credit,    GE Money Bank,    P.O. Box 960061,
              Orlando, FL 32896-0061
516873570   +E-mail/Text: kzoepfel@credit-control.com Sep 22 2017 22:40:53      Central Loan Admin & R,
              425 Phillips Blvd,    Ewing, NJ 08618-1430
516873571   +EDI: CHASE.COM Sep 22 2017 22:28:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516873572   +EDI: CITICORP.COM Sep 22 2017 22:28:00      Citi,    P. O. Box 6241,    Sioux Falls, SD 57117-6241
516873574   +EDI: DISCOVER.COM Sep 22 2017 22:28:00      Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
516873575   +EDI: CBSKOHLS.COM Sep 22 2017 22:28:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
              Milwaukee, WI 53201-3043
516873587   +EDI: MID8.COM Sep 22 2017 22:28:00      Synchrony Bank,    c/o Midland Funding,    Po Box 939069,
              San Diego, CA 92193-9069
516875452   +EDI: RMSC.COM Sep 22 2017 22:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
516873589   +EDI: TDBANKNORTH.COM Sep 22 2017 22:28:00      TD Bank, N.A.,    Attn: Bankruptcy,
              32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 16
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 22, 2017
                              Form ID: 318             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor  and  Workforce Development,
           Division of Unemployment and Disability Insurance Gregory.VanDyck@dol.lps.state.nj.us
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Patrick James McBride bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                                             TOTAL: 6
```